UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kelly Yero

        Plaintiff,

vs.                                       Case No. 12-cv-10414
                                       Hon. Robert H. Cleland

Life Insurance Company of North America,

        Defendant.

_____/
Serafini, Michalowski, Derkacz & Associates
PATRICK DERKACZ (P48988)
Attorney for Plaintiff
38600 Van Dyke, Suite 250
Sterling Heights, MI 48312
(586) 264-3756
_____/

## PLAINTIFF'S REQUEST  FOR VOLUNTARY ORDER OF DISMISSAL

NOW COMES Plaintiff, Kelly Yero, by and through her attorneys, Serafini, Michalowski, Derkacz & Associates, and hereby requests that this Honorable Court dismiss her complaint against Defendant without prejudice or costs.

                          Respectfully submitted,

                          SERAFINI, MICHALOWSKI, DERKACZ & ASSOCIATES, P.C.

                                  s:/Patrick Derkacz
                                  PATRICK DERKACZ (P48988)
                                  Attorney for Plaintiff
                                  38600 Van Dyke, Suite 250
                                  Sterling Heights, MI 48312
                                  (586) 264-3756

Dated: June 25, 2012

## **ORDER**

    IT IS SO ORDERED. PLAINTIFF'S CASE IS DISMISSED WITHOUT PREJUDICE OR COSTS.

                                   s/Robert H. Cleland
                                   United States District Judge

Dated: June 25, 2012