UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kelly Yero

    Plaintiff,

vs.                                                      Case No. 12-cv-10414
                                                         Hon. Robert H. Cleland

Life Insurance Company of North America,

    Defendant.

_____/
Serafini, Michalowski, Derkacz & Associates
PATRICK DERKACZ (P48988)
Attorney for Plaintiff
38600 Van Dyke, Suite 250
Sterling Heights, MI 48312
(586) 264-3756
_____/

**PLAINTIFF'S REQUEST  FOR VOLUNTARY ORDER OF DISMISSAL**

    NOW COMES Plaintiff, Kelly Yero, by and through her attorneys, Serafini, Michalowski, Derkacz & Associates, and hereby requests that this Honorable Court dismiss her complaint against Defendant without prejudice or costs.

    Respectfully submitted,

    SERAFINI, MICHALOWSKI, DERKACZ & ASSOCIATES, P.C.

    s:/Patrick Derkacz
    PATRICK DERKACZ (P48988)
    Attorney for Plaintiff
    38600 Van Dyke, Suite 250
    Sterling Heights, MI 48312
    (586) 264-3756

Dated: June 25, 2012

## **ORDER**

  IT IS SO ORDERED. PLAINTIFF'S CASE IS DISMISSED WITHOUT PREJUDICE OR COSTS.

             <u>s/Robert H. Cleland</u>
             United States District Judge

Dated: June 25, 2012